CR# 10609
rcpt# 128289

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 FEB 16 PM 2: 5

| | | |
|---|---|---|
| In re: BRINKMAN, MATTHEW P<br>BRINKMAN, JENNIFER G | ) | Case No. 04-39185 |
| | ) | Chapter 7 |
| Debtor(s). | ) | Judge: RICHARD L. SPEER |

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

    #107 Verizon Wireless Midwest, 404 Brock Dr.,
       Bloomington, IL  61701                               $329.20

2. Your Trustee's check for $329.20 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 2/11/2010

_____
John N. Graham, Trustee

Cc:  United States Trustee